IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**TRINA RENEE BARNES**                                                                                           **PLAINTIFF**

**v.**                           **Case No. 4:15-cv-00788 KGB**

**NANCY A. BERRYHILL, Acting Commissioner,**
**Social Security Administration**                                               **DEFENDANT**

## ORDER

The Court has received the Recommended Disposition filed by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 12). After careful review of the Recommended Disposition and the timely objections received thereto (Dkt. No. 13), as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (Dkt. No. 12). Accordingly, the Court affirms the Commissioner's decision and denies with prejudice plaintiff Trina Renee Barnes's request for relief (Dkt. No. 1).

It is so ordered this the 8th day of March, 2017.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge