IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**TRINA RENEE BARNES**                                                                   **PLAINTIFF**

v.                                    Case No. 4:15-cv-00788-KGB

**NANCY A. BERRYHILL, Acting Commissioner,**
**Social Security Administration**                                                       **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this date, it is considered, ordered, and adjudged that this case is dismissed with prejudice.

It is so adjudged this the 8th day of March, 2017.

_____
Kristine G. Baker
United States District Judge